KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
700 S. FLOWER ST., SUITE 1950
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213)-996-4426





UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

IN RE:

JAMES L REYNOLDS



Debtor(s).

Case No.: LA09-27340-EC

Chapter 13

ORDER DISMISSING CHAPTER 13 CASE DUE TO FAILURE OF DEBTOR(S) TO APPEAR AT §341(a) MEETING OF CREDITORS AND FAILURE OF DEBTOR(S) TO MAKE ALL REQUIRED PRECONFIRMATION PAYMENTS PURSUANT TO 11 U.S.C. §1307(c)(4), L.B.R. 3015-1(c)(3) AND L.B.R. 3015-1(k)(2)

DATE: August 19, 2009
TIME: 2:00 pm
PLACE: Room 103
725 S. Figueroa Street
Los Angeles, CA 90017

The Debtor(s) having failed to appear at the duly noticed §341(a) meeting of creditors and the Debtor(s) having failed to make all required preconfirmation payments and good cause appearing, it is hereby,

ORDERED:

1. That all stay and restraining orders arising under 11 U.S.C. 362(a) and 1301 are vacated and dissolved;

2. That this case is dismissed and all pending motions and adversary proceedings in this case are moot and dismissed.

IT IS FURTHER ORDERED
EC that the debtor(s) is prohibited from filing a petition for relief under any chapter of the Bankruptcy Code for a period of 180 days from the date of entry of this order.

DATED:
uk 9/3/09

*signature* Ellen Carroll
UNITED STATES BANKRUPTCY JUDGE
uk 9/3/09

## PROOF OF SERVICE BY U.S. MAIL

I, Julie Wong, declare as follows:

I am employed in the County of Los Angeles, State of California. My business address is 700 S. Flower Street, Suite 1950, Los Angeles, California 90017. I am over the age of eighteen and not a party to this case. On 8/25/09, I served the "ORDER DISMISSING CHAPTER 13 CASE DUE TO FAILURE OF DEBTOR(S) TO APPEAR AT §341(a) MEETING OF CREDITORS AND FAILURE OF DEBTOR(S) TO MAKE ALL REQUIRED PRECONFIRMATION PAYMENTS PURSUANT TO 11 U.S.C. §1307(c)(4), L.B.R. 3015-1(c)(3) AND L.B.R. 3015-1(k)(2)" by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Los Angeles, California addressed as follows:

[See Service list]

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and executed at Los Angeles, California.

DATED: 8/25/09

*Julie Wong* (signature)

Julie Wong

## Service List

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

JAMES L REYNOLDS
5749 DAWN CREEK
LOS ANGELES, CA 90094

BRICE, VANDER LINDEN & WERNICK, P.C.
AMERICAN HOME MORTGAGE SERVICING, INC
4875 BELFORT ROAD, SUITE 130
JACKSONVILLE, FL 32256

KEVIN TAYLOR & ASSOCIATES
108 WEST SECOND STREET
SUITE 912
LOS ANGELES, CA 90012

| KATHY A. DOCKERY<br>STANDING CHAPTER 13 TRUSTEE<br>700 S. FLOWER ST., SUITE 1950<br>LOS ANGELES, CA 90017<br>PHONE: (213) 996-4400 | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| In Re:<br><br>JAMES L REYNOLDS<br><br>Debtor(s) | |
| Movants(s)/Plaintiff(s)<br>vs.<br>Respondent(s)/Defendant(s) | CHAPTER 13 CASE NUMBER<br>LA09-27340-EC |
| | [ ] REFERENCE NUMBER<br>[ ] ADVERSARY NUMBER |

### NOTICE OF ENTRY OF JUDGEMENT OR ORDER
### AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified pursuant to Local Bankruptcy Rule 116 (1) (a) (iv), that a judgment or order entitled:

**ORDER DISMISSING CHAPTER 13 CASE DUE TO FAILURE OF DEBTOR(S) TO APPEAR AT §341(A) MEETING OF CREDITORS AND FAILURE OF DEBTOR(S) TO MAKE ALL REQUIRED PRECONFIRMATION PAYMENTS PURSUANT TO 11 U.S.C. §1307(C)(4), L.B.R. 3015-1(C)(3) AND L.B.R. 3015-1(K)(2)**

was entered on: 9-4-09

2. I hereby certify that I mailed a copy of this notice and true copy of the order or judgment to the person and entities listed below:

## Service List

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

JAMES L REYNOLDS
5749 DAWN CREEK
LOS ANGELES, CA 90094

KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
700 S. FLOWER STREET, SUITE 1950
LOS ANGELES, CA 90017

BRICE, VANDER LINDEN & WERNICK,
P.C.
AMERICAN HOME MORTGAGE
SERVICING, INC
4875 BELFORT ROAD, SUITE 130
JACKSONVILLE, FL 32256

KEVIN TAYLOR & ASSOCIATES
108 WEST SECOND STREET
SUITE 912
LOS ANGELES, CA 90012

Jon D. Ceretto
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk